NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Valarie PRICE, et al. | |
| Plaintiffs, | |
| v. | Civ. No. 11-6481 |
| ABET MEDICAL SUPPLY, et al., | ORDER |
| Defendants. | |

THOMPSON, U.S.D.J.

      This matter has been opened to the Court *sua sponte* based on Plaintiff Valarie Price's ("Plaintiff") failure to comply with Court Orders and prosecute her case. (Docket Entry No. 26). On January 23, 2013, Magistrate Judge Tonianne J. Bongiovanni issued a Report and Recommendation that the case be dismissed without prejudice. (*Id*.). The parties were given notice that, pursuant to FED. R. CIV. P. 72(b)(2), they had fourteen (14) days to file and serve any objections. No objections were filed. The Court has considered Judge Bongiovanni's Report and Recommendation, and for substantially the same reasons stated therein;

      IT IS on this 13th day of February, 2013,

      ORDERED that this Court adopts Judge Bongiovanni's January 23, 2013 Report and Recommendation that Plaintiff's complaint be dismissed without prejudice.

      IT IS SO ORDERED.

      */s/ Anne E. Thompson*
      ANNE E. THOMPSON, U.S.D.J.